UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENDRA L. WASHINGTON

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HOUSING and URBAN DEVELOPMENT; and
MICHAELSON, CONNOR & BOUL
MANAGEMENT, jointly and severally,

    Defendants.
_____/

Civil No. 08-14395
HON. ROBERT H. CLELAND
Mag. Judge R. Steven Whalen
(formerly removed Wayne County
Circuit Ct No. 08-124558-CH)

## *STIPULATED ORDER ENLARGING TIME FOR DEFENDANT HUD'S ANSWER TO COMPLAINT*

Upon stipulation of Plaintiff Kendra L. Washington and Defendant United States Department of Housing and Urban Development ("HUD") through counsel noted below, the normal 60 days for the federal government to answer should be allowed from the September 16, 2008 service of process upon the United States Attorney, despite the lesser time of Fed. R. Civ. P. 81(c)(2), and thus it is

**ORDERED** that Defendant HUD is permitted up to and including **Monday, November 17, 2008**, by which to serve its answer or other response to the complaint.

       S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: October 22, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 22, 2008, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

Stipulated to:

s/ with consent of Jerome D. Goldberg
JEROME D. GOLDBERG,
Jerome D. Goldberg PLLC
2920 E. Jefferson Ave., Suite 101
Detroit, MI 48207
E-mail: apclawyer@sbcglobal.net
P61678

s/Francis L. Zebot
FRANCIS L. ZEBOT
Assistant U.S. Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan 48226
(313) 226-9774
E-mail: francis.zebot@usdoj.gov
P22700